AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE   B-00-162   4

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11/03/00 |
| NAME OF SERVER (PRINT) Avaristo Alvarez, JR | TITLE Deputy Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: RT 1 Box 286-E San Benito, TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

*United States District Court
Southern District of Texas
FILED
NOV 14 2000
Michael N. Milby
Clerk of Court*

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/03/00
Date

Signature of Server

Address of Server: 105 W. Ocean Blvd, Los Fresnos, TX 78566

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.