5

United States District Court
Southern District of Texas
FILED

DEC 0 1 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-00-162 |
| | § | (Claim No. C-84216) |
| ERIC LOPEZ, | § | |
| | § | |
| Defendant. | § | |

## REQUEST FOR ENTRY OF DEFAULT

TO THE UNITED STATES DISTRICT CLERK:

The UNITED STATES OF AMERICA ("USA"), Plaintiff requests the Court to enter Default against Defendant, Eric Lopez, pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1. Plaintiff filed suit against Defendant on October 16, 2000. Defendant was personally served with a copy of the Citation and Summons on November 3, 2000 by Deputy Constable Avaristo Alvarez, Jr., which executed summons was filed with the Court on or about November 14, 2000.

2. As of November 29, 2000 no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent by certified mail, return receipt requested on November 30, 2000, to:

Eric Lopez
Route 1, Box 286E/Long Lane
San Benito, TX 78586

_____
M.H. Cersonsky