9

United States District Court
Southern District of Texas
ENTERED

JAN 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-162 |
| | § | (Claim No. C-84216) |
| ERIC LOPEZ | § | |
| | § | |
| | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A.     The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B.     Plaintiff's Motion for Default Judgment (Pleading No. 7) is hereby GRANTED; and

C.     Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

| | | | |
|---|---|---|---:|
| 1. | Principal Balance | $ | 1,518.91 |
| 2. | Interest Accrued (As of 09/09/98) | $ | 345.81 |
| 3. | Administrative fees, costs, penalties | $ | 0.00 |
| 4. | Attorney's fees | $ | 250.00 |
| 5. | Interest Rate: | | 8.92% |
| 6. | Daily Accrual: | $ | 0.37 |
| 7. | TOTAL Balance Due | $ | 2,364.72 |
| 8. | Post-Judgment Interest equals _6.052_ % per annum. | | |

DONE in Brownsville, Texas this _29th_ day of ___January___, 2000.

_____
Hilda Tagle
United States District Judge

3

ClibPDF - www.fastio.com